DAVID M. WALSH (BAR NO. 120761)
DWalsh@mofo.com
MATTHEW J. CAVE (BAR NO. 280704)
MCave@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

CLAUDIA M. VETESI (BAR NO. 233485)
CVetesi@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCH KALCHEIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.; and Does 1-100,<br><br>Defendant. | Case No. 2:16-cv-09324-ODW-RAO<br><br>**NOTICE OF SETTLEMENT**<br><br>HON. OTIS D. WRIGHT II |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the Parties in the above action have signed a Confidential Settlement Agreement and Release (the "Settlement Agreement"), pursuant to which Plaintiff Mitch Kalcheim will file a Request for Dismissal within two business days of receiving the Settlement Payment. This Court shall retain jurisdiction over the action for the purpose of enforcing the Settlement Agreement.

Dated: October 6, 2017         MORRISON & FOERSTER LLP

                               By:   */s/ David M. Walsh*
                                     DAVID M. WALSH

                               Attorneys for Defendant
                               APPLE INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 6th day of October, 2017, the foregoing document was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

*/s/ David M. Walsh*
DAVID M. WALSH

Attorneys for Defendant
APPLE INC.