**LAW OFFICES OF PERRY C. WANDER**
PERRY C. WANDER (SBN: 102523)
9454 Wilshire Boulevard, Penthouse
Beverly Hills, California 90212
Telephone: 310-274-9985
Facsimile: 310-274-9987
Email: pcwlaw@msn.com

Attorney for Plaintiff
MITCH KALCHEIM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCH KALCHEIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.; and Does 1-100,<br><br>Defendant. | Case No. 2:16-cv-09324-ODW-RAO<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>HON. OTIS D. WRIGHT II |

    PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Mitch Kalcheim hereby voluntarily dismisses the above-captioned action with prejudice.

Dated: November 14, 2017    LAW OFFICES OF PERRY C. WANDER

By: /s/ *Perry Wander*
    PERRY C. WANDER

Attorney for Plaintiff
MITCH KALCHEIM

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 14th day of November 2017, the foregoing document was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

/s/ *Perry Wander*
PERRY C. WANDER
Attorneys for Plaintiff
MITCH KALCHEIM